Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Catherine Crispin

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE CRISPIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ATLANTICUS HOLDINGS CORPORATION, ET AL.,<br><br>　　　　Defendants. | Case No.: 5:17-cv-02934-HRL<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT JEFFERSON CAPITAL SYSTEMS, LLC; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Catherine Crispin and defendant Jefferson Capital Systems, LLC that Jefferson Capital Systems, LLC be dismissed from this action, with prejudice pursuant, to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.  Upon dismissal the clerk shall close the entire action.

//

//

//

//

DATED: August 15, 2017 **Sagaria Law, P.C.**

By: _/s/ Elliot Gale_
Elliot Gale
Attorney for Plaintiff Catherine Crispin

DATED: August 15, 2017 **Sessions Fishman Nathan & Israel, L.L.P.**

By: _/s/ Debbie Paulerio Kirkpatrick_
Debbie Paulerio Kirkpatrick
Attorney for Defendant Jefferson Capital Systems, LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Debbie Paulerio Kirkpatrick has concurred in this filing.

_/s/ Elliot Gale_

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Jefferson Capital Systems, LLC is dismissed with prejudice and the entire action is closed.

IT IS SO ORDERED.

DATED: _____

Hon. Howard R. Lloyd
UNITED STATES DISTRICT JUDGE